**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-6670**

───────────────

LEONARD W. NAJACQUE,

        Plaintiff - Appellant,

    v.

DAVID W. ANDERSON,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00088-RCY-MRC)

───────────────

Submitted:  September 24, 2024                Decided:  October 23, 2024

───────────────

Before KING and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Leonard W. NaJacque, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonard W. NaJacque appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.* *NaJacque v. Anderson*, 3:24-cv-00088-RCY-MRC (E.D. Va. June 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* To the extent NaJacque raises a new claim of conspiracy for the first time on appeal, that claim is not properly before us. *See In re Under Seal*, 749 F.3d 276, 285 (4th Cir. 2014).